JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX CPX, LLC, et al.,<br>Plaintiffs,<br>v.<br>THUNDER CHILD, LLC,<br>Defendant. | CASE NO. 2:26-cv-00732-JLS-AS<br><br>**JUDGMENT** |

On October 13, 2026, the Court granted the motion for default judgment filed by Plaintiffs Netflix CPX, LLC, and Netflix Studios, LLC against Defendant Thunder Child, LLC. (Doc. 29.) It is therefore ORDERED, ADJUDICATED, and DECREED that:

1. Judgment is entered in favor of Plaintiffs and against Defendant on Plaintiffs' claims for breach of contract and trademark infringement.

2. Plaintiffs are awarded compensatory damages in the amount of $324,238 against Defendant.

3. The Court GRANTS Plaintiffs' requests for prejudgment interest in the amount of $53.30 per day (i.e., 6% per annum) from November 10, 2025, to the date of the entry of judgment, and post-judgment interest as allowed by law.

4. The Court PERMANENTLY ENJOINS Defendant and "its officers, agents,

servants, employees, and all persons in active concert or participation with it" from using the Bridgerton and Stranger Things marks, "together with all registered and common law trademarks, service marks, and trade dress associated therewith and all associated rights, titles, and interests therein."

5. Plaintiffs shall be entitled to recover their eligible litigation costs as permitted under Central District of California Local Rule 54-3.

The Clerk is respectfully directed to close the case.

Dated: November 16, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE